IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| vs. | : |
| | : NO. 16-CR-144 |
| DAVID ROBINSON | : |

**O R D E R**

AND NOW, this _____ day of October, 2021, it is ORDERED that David Robinson's Motion(s) Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence (ECF Nos. 128, 143) as supplemented (ECF Nos. 144, 153, 158, 162) are DENIED for the reasons set forth in the preceding Memorandum Opinion.

IT IS FURTHER ORDERED that no Certificate of Appealability shall be issued.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sanchez,            C.J.