IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 16-144 |
| | : | |
| DAVID ROBINSON | : | |

## **ORDER**

AND NOW, this 6th day of April, 2023, upon consideration of Defendant David Robinson's Motion for Relief Under Fed. R. Crim. P. 60B and 59E for Summary Judgment (Document No. 186), it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.