IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 16-144 |
| | : | |
| DAVID ROBINSON | : | |

## **ORDER**

AND NOW, this 29th day of May, 2025, upon consideration of Defendant David Robinson's pro se letter motions for a sentence reduction, Robinson's supplements to the motions, the Government's responses, and Robinson's reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the motions (ECF Nos. 212, 214) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.